UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM R. BUSTER, | 1: 06 CV 01871 LJO  WMW  HC |
| Petitioner, | ORDER RE NOTICE OF APPEAL AND NOTICE OF  STAY OF PROCEEDINGS |
| v. | |
| KNOWLES, | |
| Respondent. | |

Petitioner is a prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. Section 2254.  Judgment was entered in this case on March 6, 2008.  On March 24, 2008, the court received two documents.  The first document, entitled, "Notice of Stay of Proceedings," is filed on a form provided for use in the California state courts.  This form has no meaning in the federal district court and will be DISREGARDED by this court.   The second document, entitled, "Notice of intent to file appeal and Certificate of Appealability," will be construed as a notice of appeal from

1

1  the judgment entered March 6, 2008.  A certificate of appealability was already denied in this case in
2  the order entered by District Judge O'Neill on March 6.
3
4
5  IT IS SO ORDERED.
6  **Dated:   March 27, 2008**             /s/  **William M. Wunderlich**
                                          UNITED STATES MAGISTRATE JUDGE

2